The Clerk of the Court is directed to close this case.
So Ordered.
10/22/2020
/S/  Raymond J. Dearie

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

Norma Paiva, individually and on behalf of all others similarly situated;

                      Plaintiff,

                      -against-

International Collection Agency, LLC,

                      Defendant(s).
-------------------------------------------------------------------------x

Case No: 1:20-cv-02282-RJD-PK

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND INTERNATIONAL COLLECTION AGENCY, LLC AND [PROPOSED] ORDER**

**IT IS HERBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant International Collection Agency, LLC, shall be and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated:  October 21, 2020

                                              **HOROWITZ LAW, PLLC**

                                              */s/ Uri Horowitz*
                                              Uri Horowitz
                                              14441 70th Road
                                              Flushing, NY 11367
                                              Phone: (718) 705-8706
                                              uri@horowitzlawpllc.com

                                              *Attorney for Plaintiff Norma Paiva*

Dated: October 21, 2020

                                              **GREENSPOON MARDER LLP**

                                              */s/ Matthew S. Rapkowski*
                                              Matthew S. Rapkowski, Esq.
                                              590 Madison Avenue, Suite 1800
                                              New York, NY 10022
                                              Telephone: 212-524-4997
                                              Matthew.rapkowski@gmlaw.com

                                              *Counsel for International Collection Agency, LLC*

SO ORDERED:

_____

JUDGE, U.S. District Court
Eastern District of New York